IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>WHITNEY R. WASHINGTON,<br><br>           Defendant. | 8:23CR108<br><br>ORDER |

      This matter is before the court on the motion of retained counsel, W. Randall Paragas, to withdraw as counsel for the defendant, Whitney R. Washington. (Filing No. 80). W. Randall Paragas' motion to withdraw (Filing No. 80) was granted (Filing No. 84).

      Denise E. Frost, Johnson, Mock Law Firm, 9900 Nicholas Street, Suite 225, Omaha, Nebraska 68114, (402) 346-8856, is appointed to represent Whitney R. Washington for the balance of these proceedings pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

      W. Randall Paragas shall forthwith provide Denise E. Frost any discovery materials provided to the defendant by the government and any such other materials obtained by W. Randall Paragas which are material to Whitney R. Washington's defense.

      **IT IS SO ORDERED.**

      Dated this 4th day of December, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge