IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WHITNEY R. WASHINGTON,<br><br>Defendant. | **8:23CR108**<br><br><br>**ORDER** |

On August 29, 2024, the court held a hearing on the motion of Denise E. Frost to withdraw as counsel for the defendant, Whitney R. Washington (Filing No. 121). Denise E. Frost represents that the attorney-client relationship has deteriorated such that her ability to effectively counsel the defendant further is so severely impaired that it cannot be rehabilitated. After inquiry of the defendant and her counsel, the court granted Denise E. Frost's motion to withdraw (Filing No. 121).

Peder C. Bartling, 209 South 19th Street, Suite 500, Omaha, NE 68102, (402) 630-2229, is appointed to represent Whitney R. Washington for the balance of these proceedings pursuant to the Criminal Justice Act. Denise E. Frost shall forthwith provide Peder C. Bartling any discovery materials provided to the defendant by the government and any such other materials obtained by Thomas J. Monaghan which are material to Whitney R. Washington's defense.

The clerk shall provide a copy of this order to Peder C. Bartling and the defendant.

**IT IS SO ORDERED.**

Dated this 29th day of August, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge